I must respectfully dissent. The parties failed to comply with the requirements of Rule 32(E), Ala.R.Jud.Admin., and the well-established mandate regarding the filing of standardized child-support guidelines forms and child-support obligation income statement/affidavit forms, as set out in Martin v. Martin, 637 So.2d 901 (Ala.Civ.App. 1994).
I recognize, as the main opinion notes, that this court is "authorized to affirm the trial court's judgment if the record `clearly indicat[es] that the award comports with the evidence regarding the parties' incomes' and that the trial court adhered to the guidelines." (Quoting Mosley v. Mosley, 747 So.2d 894, 898 (Ala.Civ.App. 1999).) However, in this case, I conclude that the judgment of the trial court fails to "comport with the evidence" regarding the father's income. Therefore, I would reverse the judgment of the trial court and remand the case. *Page 963